**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 10-7098**

LLOYD GEORGE MAXWELL,

 Plaintiff – Appellant,

 v.

UNITED STATES OF AMERICA; DRUG ENFORCEMENT ADMINISTRATION,

 Defendants – Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  Benson Everett Legg, District Judge.
(1:10-cv-01483-BEL)

Submitted:  September 30, 2010      Decided:  October 12, 2010

Before NIEMEYER, AGEE, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Lloyd George Maxwell, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lloyd George Maxwell appeals the district court's order dismissing his complaint filed pursuant to the Federal Tort Claims Act, 28 U.S.C. § 1346 (2006), and Bivens v. Six Unknown Named Agents of the Fed. Bureau of Narcotics, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Maxwell v. United States, No. 1:10-cv-01483-BEL (D. Md. June 30, 2010). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2